UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

AMANDA ROSS                                  CIVIL ACTION NO. 11-cv-0202

VERSUS                                       JUDGE HICKS

LISBETH CEBALLOS, ET AL                      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Amanda Ross, represented by attorney Anthony Hollis, filed this civil action in state court. Defendants removed it based on an assertion of diversity jurisdiction. Attorney Hollis is not admitted to practice in this court. After the removal, he prepared a Motion to Withdraw as Counsel (Doc. 7) that was electronically filed by one of his partners, Alex Washington. The Clerk issued a notice of deficiency because the motion was not filed by the withdrawing attorney, as required by local rule. The deficiency will be overlooked in these circumstances, and the court will address the motion.

The **Motion to Withdraw (Doc. 7)** is **granted**, and attorneys Anthony Hollis and Alex Washington (whose name now appears on the docket sheet), are withdrawn as counsel in this case. Ms. Ross is strongly encouraged to retain new counsel. She is granted until **March 31, 2011** to either (1) enroll new counsel to represent her in this case or (2) file with the court a written statement that she intends to represent herself. Failure to take one of those steps prior to March 31, 2011 may result in this case being dismissed, without further notice, for failure to prosecute.

The Clerk of Court is directed to add Ms. Ross's address and phone number (found in the Motion to Withdraw) to the docket sheet so that she receives notice of this and other orders that issue in this case.  Ms. Ross must promptly advise this court of any change in address or phone number.  If mail sent by the court is returned because of an incorrect address, that may result in the case having to be dismissed.

Defendants are also directed to take action by March 31, 2011.  Their notice of removal alleges that Plaintiff is a citizen of Louisiana and that defendant Lisbeth Ceballos is a citizen of Texas.  Defendant Motel 6 describes itself as a Delaware limited partnership with its principal place of business in Texas.  That is inadequate to describe Motel 6's citizenship for diversity purposes.  The applicable rules are found in <u>Carden v. Arkoma Associates</u>, 110 S.Ct. 1015 (1990) and <u>Muslow Land & Timber, Inc. v. Chesapeake Exploration Ltd.</u>, 2009 WL 367729 (W.D. La. 2009).  Defendants must file an amended notice of removal by **March 31, 2011** that sets forth in detail the citizenship information for Motel 6.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 28th day of February, 2011.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE